District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS RIOS,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant(s). | Case No. 3:21-cv-05438-RJB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>Noted for Consideration:<br>August 13, 2021 |

Plaintiff Carlos Rios and Defendant United States of America, by and through their undersigned counsel, hereby file this stipulated motion pursuant to LCR 7(j) to extend the deadline for Defendant United States to file its answer, move, or otherwise respond to Plaintiff's Complaint.

Pursuant to Federal Rule of Civil Procedure 12(a)(2), the United States' current deadline to respond to Plaintiff's Complaint is August 16, 2021. However the parties are currently engaging in early efforts to resolve this matter. Accordingly, the parties agree that there is good cause to allow the United States up to and including September 16, 2021 to answer, move, or otherwise respond to Plaintiff's Complaint, and respectfully request the Court to grant this stipulated motion.

//

//

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT
3:21-cv-5438-RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 13th day of August, 2021.

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT | TESSA M. GORMAN<br>Acting United States Attorney |
| */s Matt Adams*<br>MATT ADAMS, WSBA No. 28287<br>AARON KORTHUIS, WSBA No. 53974<br>MARGOT ADAMS, WSBA No. 56573<br>615 Second Avenue, Suite 400<br>Seattle, Washington 98104<br>Phone: 206-957-8611<br>Email: matt@nwirp.org<br>Email: aaron@nwirp.org<br>Email: margot@nwirp.org<br><br>Attorneys for Plaintiff | */s Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: kristen.vogel@usdoj.gov<br><br>Attorney for Defendant |

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT
3:21-cv-5438-RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated and agreed as set forth above, it is hereby **SO ORDERED** that the stipulated motion is **GRANTED**, and **IT IS HEREBY ORDERED** that the deadline for Defendant United States of America to answer, move, or otherwise respond to Plaintiff's Complaint is extended to September 16, 2021.

Dated this 13th day of August, 2021.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT
3:21-cv-5438-RJB - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970