District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS RIOS,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant(s). | Case No. 3:21-cv-05438-RJB<br><br>NOTICE OF APPEARANCE |

TO: CLERK OF THE ABOVE-ENTITLED COURT; and

TO: Matt Adams, Aaron Korthuis & Margot Adams, Plaintiff's Attorneys of Record;

**PLEASE TAKE NOTICE** that Defendant, United States of America, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enters its appearance by and through the undersigned attorneys of record. You are advised that service of all further pleadings, notice, documents, or other papers herein, exclusive of original process, may be made upon said Defendant by serving the undersigned attorney at the address stated below.

//

//

NOTICE OF APPEARANCE
3:21-cv-5438-RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this 17th day of September, 2021.

2                                                            Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

Attorney for the United States of America

NOTICE OF APPEARANCE
3:21-cv-5438-RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970