District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS RIOS,

                Plaintiff(s),

   v.

UNITED STATES OF AMERICA,

                Defendant(s).

Case No. 3:21-cv-05438-RJB

STIPULATED MOTION AND
[PROPOSED] ORDER OF DISMISSAL

Noted for Consideration:
September 21, 2021

## JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
3:21-cv-5438-RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    **SO STIPULATED.**

2         DATED this 21st day of September, 2021.

3

4    NORTHWEST IMMIGRANT RIGHTS          TESSA M. GORMAN
     PROJECT                            Acting United States Attorney

5

6    _/s Matt Adams_                    _/s Kristen R. Vogel_
     MATT ADAMS, WSBA No. 28287         KRISTEN R. VOGEL, NY No. 5195664
7    AARON KORTHUIS, WSBA No. 53974     Assistant United States Attorney
     MARGOT ADAMS, WSBA No. 56573       Western District of Washington
8    615 Second Avenue, Suite 400       United States Attorney's Office
     Seattle, Washington 98104          700 Stewart Street, Suite 5220
9    Phone: 206-957-8611                Seattle, Washington 98101-1271
     Email: matt@nwirp.org              Phone: 206-553-7970
10   Email: aaron@nwirp.org             Email: kristen.vogel@usdoj.gov
     Email: margot@nwirp.org
11                                      Attorney for Defendant
     Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
3:21-cv-5438-RJB - 2

1

## **<u>ORDER</u>**

2       The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is

3 dismissed with prejudice and without costs or fees to either party.  This Court shall retain

4 jurisdiction over the above-captioned action and the terms of the settlement thereof if and as

5 necessary.

6

7       Dated this _____day of _____, 2021.

8

9

          _____

10      ROBERT J. BRYAN
        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
3:21-cv-5438-RJB - 3