District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS RIOS,<br><br>               Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant(s). | Case No. 3:21-cv-05438-RJB<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>September 21, 2021 |

**<u>JOINT STIPULATION</u>**

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
3:21-cv-5438-RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 21st day of September, 2021.

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT | TESSA M. GORMAN<br>Acting United States Attorney |
| */s Matt Adams*<br>MATT ADAMS, WSBA No. 28287<br>AARON KORTHUIS, WSBA No. 53974<br>MARGOT ADAMS, WSBA No. 56573<br>615 Second Avenue, Suite 400<br>Seattle, Washington 98104<br>Phone: 206-957-8611<br>Email: matt@nwirp.org<br>Email: aaron@nwirp.org<br>Email: margot@nwirp.org<br><br>Attorneys for Plaintiff | */s Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: kristen.vogel@usdoj.gov<br><br>Attorney for Defendant |

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
3:21-cv-5438-RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

Dated this 21st day of September, 2021.

*[signature]*

ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL
3:21-cv-5438-RJB - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970